THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Clayton Smalls, Appellant.
 
 
 

Appeal From Charleston County
Daniel F. Pieper, Circuit Court Judge

Unpublished Opinion No. 2008-UP-576
 Submitted October 1, 2008  Filed October
14, 2008   

APPEAL DISMISSED

 
 
 
 Appellate Defender Joseph L. Savitz, III, South Carolina
 Commission on Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, all of Columbia; and Solicitor Scarlett Anne
 Wilson, of Charleston, for Respondent.
 
 
 

PER CURIAM:  Clayton Smalls appeals his conviction of armed
 robbery, possession of a firearm during the commission of a violent crime, and
 possession of a firearm by someone under twenty-one.  He was sentenced to
 concurrent sentences of fifteen years, five years, and five years,
 respectively.  Smalls argues the trial court erred by failing to instruct the
 jury on the defense of alibi.  After a thorough
 review of the record and counsels brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss Smalls appeal and grant counsels motion to be relieved. [1] 
APPEAL
 DISMISSED.  
ANDERSON, WILLIAMS, and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.